IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| United States of America, | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | )    8:07CV32 |
| | ) |
| Vicki L. Russell, | ) |
|     Defendant, | ) |
| | ) |
|     and | ) |
| | ) |
| O U R Homes, | ) |
|     Garnishee. | ) |

ORDER TO ISSUE WRIT OF
CONTINUING GARNISHMENT

This matter comes before this Court on the Application For Writ of Continuing Garnishment of the Plaintiff, United States of America, filing no. 8, for an order to issue the Writ of Continuing Garnishment against O U R Homes, the garnishee, and for good cause shown,

IT IS HEREBY ORDERED that the Clerk of the Court shall issue a Writ of Continuing Garnishment against O U R Homes, whose address is 2039 Q Street, #101, Lincoln, NE 68503.

DATED this 25th day of November, 2008.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge